FILED

2013 SEP -5 AM 11:53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY ________

John Kermani
35 San Marino
Irvine, CA 92614
(949) 526-0179

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| John Kermani,<br>Plaintiff,<br><br>vs.<br><br>LAW OFFICE OF JOE PEZZUTO, LLC;<br>JOSEPH JAMES PEZZUTO II,<br>Defendants. | Case No.: SACV 13-01375 CJC(DFMx)<br><br>COMPLAINT<br><br>TRIAL BY JURY DEMANDED |

Paid I/S21

**PRELIMINARY STATEMENT**

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (hereinafter "FCRA") 15 U.S.C. §1681 et seq., the Fair Debt Collection Practices Act (hereinafter "FDCPA") 15 U.S.C. §1692 et seq., the Rosenthal Fair Debt Collection Practices Act (hereinafter "RFDCPA") California Civil Code 1788 et seq., and the

Consumer Credit Reporting Agencies Act (hereinafter "CCRAA") California Civil Code 1785 et seq.

## JURISDICTION

2. This court has jurisdiction under 15 U.S.C. §1681p, 15 U.S.C. § 1692k(d), and 28 U.S.C. § 1331; and supplemental jurisdiction under 28 U.S.C. § 1367 for the state law claims.

## VENUE

3. The occurrences giving rise to this action occurred in Orange County, California, and Plaintiff resides in Orange County, California.
4. Venue is proper in the Central District of California Southern Division pursuant to 28 U.S.C § 1391.

## PARTIES

5. Plaintiff, John Kermani (hereinafter "Plaintiff"), is a natural person residing in Orange County, California;
6. Plaintiff is a "consumer" within the meaning of the FCRA 15 U.S.C. § 1681a(c), the FDCPA 15 U.S.C. § 1692a(3), and the CCRAA California Civil Code 1785.3(b).
7. Plaintiff is a "debtor" as defined by the RFDCPA California Civil Code 1788.2(h).
8. Defendant, LAW OFFICE OF JOE PEZZUTO, LLC, (hereinafter "LAW OFFICE"), is an Arizona business entity with offices at 4013 E Broadway Road Suite A2, Phoenix, AZ 85040.
9. Defendant, LAW OFFICE, is a "person" within the meaning of the FCRA 15 U.S.C. § 1681a(b), the CCRAA California Civil Code 1785.3(j), and the RFDCPA California Civil Code 1788.2(g).

10. Defendant, LAW OFFICE, is a "debt collector" within the meaning of the FDCPA 15 U.S.C. § 1692a(6) , and the RFDCPA California Civil Code 1788.2.

11. Defendant, Joseph James Pezzuto II (hereinafter "Pezzuto"), is or was an attorney and principal, agent, officer, employee, director, and/or owner of the Law Office, with an office at 4013 E Broadway Road Suite A2, Phoenix, AZ 85040.

12. Defendant, Pezzuto, is a "person" within the meaning of the FCRA 15 U.S.C. § 1681a(b), the CCRAA California Civil Code 1785.3(j), and the RFDCPA California Civil Code 1788.2(g).

13. Defendant, Pezzuto, is a "debt collector" within the meaning of the FDCPA 15 U.S.C. § 1692a(6) , and the RFDCPA California Civil Code 1788.2.

14. Plaintiff is informed and believes, and therefore alleges that Defendant, Pezzuto, is liable for the acts of Defendant, LAW OFFICE, because he exercises duties of supervision and overall responsibility of Defendant, LAW OFFICE's, collection policies, practices, procedures. Plaintiff also alleges that Pezzuto regularly engages, directly or indirectly, in the collection of debts, and materially participated in collecting the debt at issue.

15. LAW OFFICE and Pezzuto collectively hereinafter are "Both Defendants."

## FACTUAL ALLEGATIONS APPLICABLE TO ALL COUNTS

1. TransUnion is a "consumer reporting agency" within the meaning of the FCRA 15 U.S.C. § 1681a(f).

2. TransUnion is a "consumer credit reporting agency" within the meaning of the CCRAA California Civil Code 1785.3(d).

3. Consumer report (hereinafter "consumer report") is defined as "consumer report" within the FCRA 15 U.S.C. § 1681a(d), and "consumer credit report" within the CCRAA California Civil Code 1785.3(c).

4. Plaintiff obtained his consumer reports from the major consumer reporting agencies and found entries within the reports by entities that he was unfamiliar with.

5. Plaintiff found after examination of his TransUnion consumer report that defendant, LAW OFFICE, had obtained Plaintiff's TransUnion consumer report on two different occasion—in September 2012 and in January 2013.

6. "Debt" is defined in the FDCPA 15 U.S.C. § 1692a(5) and in the RFDCPA California Civil Code 1788.2(d).

7. On or about September 06, 2012 defendant, LAW OFFICE, mailed a dunning letter to plaintiff attempting to collect a debt.

8. The dunning letter purportedly came from "Law Office of Joe Pezzuto, LLC" but was unsigned.

9. Defendants neither reviewed nor evaluated the underlying claims asserted to exist in the dunning letter before they mailed the dunning letter to the plaintiff as the letter states, "At this time no attorney with our law firm has personally reviewed the particular circumstances of your account."

10. The dunning letter says "This office has been retained to collect the debt owed by you" misleading the plaintiff to believe a Law Office has been retained for legal action.

11. While the dunning letter purports that they came from a lawyer or a law office, for all practical purposes, they did not.

12. On August 10, 2013, Plaintiff sent a letter to defendant, LAW OFFICE, via USPS Certified Mail number 7012 2920 0002 0328 8895 in response to the dunning letter disputing the alleged debt and requesting validation of the debt.

13. Defendant has not responded to the letter requesting validation.

14. On August 29, 2013, Plaintiff sent Defendant, Pezzuto, an email to the address listed on his website informing him of Plaintiff's allegations of violations and attempt to mitigate damages owed to Plainfiff.

15. Defendant has not responded to the email.

16. Defendant, LAW OFFICE's, actions has caused Plaintiff emotional distress.

17. All violations complained of herein occurred within the statute of limitations as defined in the FCRA 15 U.S.C. § 1681(p), the FDCPA 15 U.S.C. § 1692k(d), the RFDCPA California Civil Code 1788.30(f), and the CCRAA California Civil Code 1785.33.

**COUNT I**

**VIOLATION OF THE FCRA 15 U.S.C. § 1681 ET SEQ.,**

**VIOLATION OF THE CCRAA CALIFORNIA CIVIL CODE 1785 ET SEQ.**

**WILLFUL AND/OR KNOWING NONCOMPLIANCE BY BOTH DEFENDANTS**

18. Plaintiff repeats and re-alleges each and every allegation stated above as though fully stated herein.

19. The permissible purpose for which a person may obtain a consumer report is defined in the FCRA 15 U.S.C. § 1681b and the CCRAA California Civil Code 1785.11(a).

20. Such permissible purposes are generally, if the consumer makes application for credit, employment, underwriting of insurance involving the consumer, is offered a bona fide offer of credit as a result of the inquiry, or in connection with the hiring of a dwelling unit.

21. Plaintiff has never had any business dealings or any accounts with, made application for credit from, made application for employment with, applied for insurance from, hired a dwelling unit from, nor received a bona fide offer of credit from defendant, LAW OFFICE.

22. At no time did Plaintiff give his consent for defendant, LAW OFFICE, to acquire his consumer report from any consumer reporting agency.

23. Defendants demonstrated willful and/or knowing noncompliance with the FCRA, 15 U.S.C. § 1681b and with the CCRAA California Civil Code 1785.11(a) by obtaining Plaintiff's TransUnion consumer report on September 14, 2012 with no permissible purpose.

24. Defendant, LAW OFFICE, willfully and/or knowingly obtained Plaintiff's consumer report with no permissible purpose violating the FCRA, 15 U.S.C. § 1681b, the CCRAA California Civil Code 1785.11(a), and violating Plaintiff's right to privacy.

25. Defendant, LAW OFFICE, had a duty to properly ascertain if there was any legitimate permissible purpose before obtaining Plaintiff's consumer report and defendant breached said duty by failing to do so. There was no account that defendant had any right to collect to have had permissible purpose to obtain Plaintiff's consumer report and therefore Plaintiff is entitled to damages.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for relief and judgment in Plaintiff's favor, as follows:

a. Adjudging that each defendant violated the FCRA.

b. Adjudging that each defendant violated the CCRAA.

c. Awarding Plaintiff statutory damages, pursuant to the FCRA 15 U.S.C. § 1681n, against each defendant;

d. Awarding Plaintiff civil penalties, pursuant to the CCRAA California Civil Code 1785.19(a), against each defendant;

e. Awarding Plaintiff actual damages, against each defendant;

f. Awarding Plaintiff any attorney's fees and costs incurred in this action, against each defendant;

g. Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law, against each defendant;

h. Awarding Plaintiff such other and further relief as the Court may deem just and proper, against each defendant.

**COUNT II**

**VIOLATION OF THE FCRA 15 U.S.C. § 1681 ET SEQ.**

**WILLFUL AND/OR KNOWING NONCOMPLIANCE BY BOTH DEFENDANTS**

1. Plaintiff repeats and re-alleges each and every allegation stated above as though fully stated herein.

2. Defendant, LAW OFFICE, has demonstrated willful and/or knowing noncompliance with the FCRA, 15 U.S.C. § 1681b and with the CCRAA California Civil Code 1785.11(a) by obtaining Plaintiff's TransUnion consumer report a second time on January 16, 2013 with no permissible purpose.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for relief and judgment in Plaintiff's favor, as follows:

i. Adjudging that each defendant violated the FCRA a second time.

j. Adjudging that each defendant violated the CCRAA a second time.

k. Awarding Plaintiff statutory damages, pursuant to the FCRA 15 U.S.C. § 1681n, against each defendant;

l. Awarding Plaintiff civil penalties, pursuant to the CCRAA California Civil Code 1785.19(a), against each defendant;

m. Awarding Plaintiff actual damages, against each defendant;

n. Awarding Plaintiff any attorney's fees and costs incurred in this action, against each defendant;

o. Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law, against each defendant;

p. Awarding Plaintiff such other and further relief as the Court may deem just and proper, against each defendant.

## COUNT III

### VIOLATION OF THE FDCPA 15 U.S.C. § 1692 ET SEQ.

### WILLFUL AND/OR KNOWING NONCOMPLIANCE BY BOTH DEFENDANTS

26. Plaintiff repeats and re-alleges each and every allegation stated above as though fully stated herein.

27. Defendant, LAW OFFICE, falsely and/or misleadingly represented the character, amount or legal status of a debt in violation of 15 U.S.C. § 1692e(2).

28. Defendant, LAW OFFICE, falsely and/or misleadingly represented or implied that the communication came from an attorney in violation of 15 U.S.C. § 1692e(3).

29. Defendant, LAW OFFICE, used false representations or deceptive means to collect a debt and/or obtain information about the plaintiff in violation of 15 U.S.C. § 1692e(10).

30. Defendant, LAW OFFICE, threatened to communicate false credit information in violation of 15 U.S.C. § 1692e(8).

31. Defendant, LAW OFFICE, had a duty to properly ascertain if there was any legitimate debt owed to defendant before attempting to collect a debt from plaintiff, and defendant breached said duty by failing to do so, and therefore plaintiff is entitled to damages.

**WHEREFORE**, Plaintiff prays for relief and judgment in Plaintiff's favor, as follows:

q. Adjudging that each defendant violated the FDCPA.

r. Awarding Plaintiff statutory damages, pursuant to the FDCPA 15 U.S.C. § 1692k, against each defendant;

s. Awarding Plaintiff actual damages, against each defendant;

t. Awarding Plaintiff any attorney's fees and costs incurred in this action, against each defendant;

u. Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law, against each defendant;

v. Awarding Plaintiff such other and further relief as the Court may deem just and proper, against each defendant.

**COUNT IV**

**VIOLATION OF THE RFDCPA**

**WILLFUL AND/OR KNOWING NONCOMPLIANCE BY BOTH DEFENDANTS**

32. Plaintiff repeats and re-alleges each and every allegation stated above.

33. Defendant, LAW OFFICE, has demonstrated willful and/or knowing noncompliance with RFDCPA 1788.17 by failing to comply with the provisions of 15 U.S.C. § 1692b to 1692j.

34. Defendant, LAW OFFICE, had a duty to properly ascertain if there was any legitimate debt owed to defendant before attempting to collect a debt from Plaintiff, and defendant breached said duty by failing to do so, and therefore Plaintiff is entitled to damages.

**WHEREFORE**, Plaintiff prays for relief and judgment in Plaintiff's favor, as follows:

w. Adjudging that each defendant violated the RFDCPA.

x. Awarding Plaintiff statutory damages, pursuant to the RFDCPA 1788.30 , against each defendant;

y. Awarding Plaintiff actual damages, against each defendant;

z. Awarding Plaintiff any attorney's fees and costs incurred in this action, against each defendant;

aa. Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law, against each defendant;

bb. Awarding Plaintiff such other and further relief as the Court may deem just and proper, against each defendant.

**DEMAND FOR TRIAL BY JURY**

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: September 5, 2013

Respectfully Submitted,

John Kermani
35 San Marino
Irvine, CA 92614
(949) 526-0179

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge Cormac J. Carney and the assigned Magistrate Judge is Doughlas F. McCormick.

The case number on all documents filed with the Court should read as follows:

**SACV13-01375 CJC (DFMx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

September 5, 2013
Date

By A. Gonzalez
Deputy Clerk

---

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| | | |
|---|---|---|
| ☐ Western Division<br>312 N. Spring Street, G-8<br>Los Angeles, CA 90012 | ☒ Southern Division<br>411 West Fourth St., Ste 1053<br>Santa Ana, CA 92701 | ☐ Eastern Division<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

# CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [ ] )

Kermani, John

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

LAW OFFICE OF JOE PEZZUTO, LLC;
Joseph James Pezzuto II

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No [ ] **MONEY DEMANDED IN COMPLAINT: $** Not yet asserted

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 USC § 1681 (FCRA), 15 USC §1692 (FDCPA), Cal. Civ. Code 1788 (RFDCPA), Cal. Civ. Code 1785 (CCRAA)

**VII. NATURE OF SUIT** (Place an X in one box only).

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/Etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced & Corrupt Org.
- [X] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Info. Act
- [ ] 896 Arbitration
- [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.)
- [ ] 153 Recovery of Overpayment of Vet. Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment

**REAL PROPERTY CONT.**
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Fed. Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury-Med Malpratice
- [ ] 365 Personal Injury-Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**TORTS**

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accomodations
- [ ] 445 American with Disabilities-Employment
- [ ] 446 American with Disabilities-Other
- [ ] 448 Education

**PRISONER PETITIONS**

**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus/Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405 (g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405 (g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

FOR OFFICE USE ONLY: Case Number: SACV13-01375 CJC (DFMx)

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | ARIZONA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE | |

***Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note:** In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** ______ DATE: 9/5/ 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |