Neil Sholander, State Bar No. 225894
nslander@gmail.com
917 W. 17th St.
Santa Ana, CA 92706
Tel: (714) 647-0707
Fax: (714) 647-0717
Attorneys for Defendants
LAW OFFICE OF JOE PEZZUTO, LLC
JOSEPH JAMES PEZZUTO II

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JOHN KERMANI, | CASE NO. 8:13-cv-01375-CJC-DFM |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF MOTION AND MOTION TO DISMISS** |
| LAW OFFICE OF JOE PEZZUTO, LLC; JOSEPH JAMES PEZZUTO II | Date: December 9, 2013
Time: 1:30pm
Courtroom: 9B |
| Defendants. | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

PLEASE TAKE NOTICE that on December 9, 2013 at 1:30pm, or as soon thereafter as this matter may be heard in Courtroom 9B, of the above-entitled Court, located at U.S. District Court, Central District of California, 411 W. 4th Street #1053, Santa Ana, CA 92701, Defendants LAW OFFICE OF JOE PEZZUTO, LLC and JOSEPH JAMES PEZZUTO II ("Defendants") will move to

1

dismiss the Complaint of Plaintiff JOHN KERMANI ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6).

The grounds for this Motion are that the Complaint fails to state a claim upon which relief can be granted. Specifically, the Complaint does not contain facts sufficient to meet the pleading standards articulated by the Supreme Court in *Bell Atlantic Corp. v. Twombly*, 127 S.Ct. 1955 (2007) ("*Twombly*") and *Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009) ("*Iqbal*").

This Motion is based on this Notice, the attached Memorandum of Points and Authorities, the Proposed Order filed and served concurrently herewith, all papers and pleadings on file, and on such further oral and documentary evidence that may be offered at the Motion hearing.

DATED: September 30, 2013

By   /s/ Neil Sholander
Neil Sholander
Attorneys for Defendants
LAW OFFICE OF JOE PEZZUTO, LLC and JOSEPH JAMES PEZZUTO II

2