# Law Offices Of Joe Pezzuto, LLC
4013 E. Broadway, Suite A2
Phoenix, AZ 85040
(Facsimile) 602-437-6980
(Toll Free) 888-478-8090

September 06, 2012

143655



38109-06A/120008127981/14408/DM1P    0633
JOHN KERMANI
35 SAN MARINO                                          143655
IRVINE, CA 92614-0202
                                                            16

| | |
|---|---|
| Creditor: | CACH, LLC |
| Original Creditor: | Bank of America, N.A. |
| Original Creditor Acct. Number: | 4313038513930994 |
| Account Number: | 120008127981 |
| Date of Last Payment: | |
| Amount Owed: | $8,763.47 |
| Interest Due: | $717.33 |
| Current Balance: | $9,480.80 |

Dear John Kermani:

This office has been retained to collect the debt owed by you in the above-referenced matter. This letter is a demand for payment in full. Please contact this office to make arrangements for payment.

At this time no attorney with our law firm has personally reviewed the particular circumstances of your account. Please call our office at 888-478-8090.

Unless you notify us within thirty days of the receipt of this letter that you dispute the debt or any portion thereof, the debt will be assumed by us to be valid. Additional information in regard to questioning the debt is set forth below. This information is being provided to you in accordance with the Fair Debt Collection Practices Act.

1. If you notify us in writing thirty (30) days of the receipt of this letter that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of the judgment against you and a copy of such verification or judgment will be mailed to you.

2. Upon your request in writing within thirty (30) days of receipt of this letter, we will provide you with the name and address of the original creditor, if different from the current creditor.

It is our sincere hope that you will be able to arrive at a method of payment on this obligation. However, we cannot work with you unless you contact us. We would appreciate hearing from you soon. Our toll free number is 1-888-478-8090. You are hereby notified that a negative credit report which will be reflected on your credit report may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

The state Rosenthal Fair Debt Collections Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Sincerely,

Law Office of Joe Pezzuto, LLC

BE ADVISED THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. AS REQUIRED BY LAW, YOU ARE HEREBY NOTIFIED THAT A NEGATIVE CREDIT REPORT REFLECTING YOUR CREDIT RECORD MAY BE SUBMITTED TO A CREDIT REPORTING AGENCY IF YOU FAIL TO FULFILL THE TERMS OF YOUR CREDIT OBLIGATION.

DM1P.CA

0633.14408