Neil Sholander #225894
nslander@gmail.com
917 W. 17th St.
Santa Ana, CA 92706
Tel: (714) 647-0707
Fax: (714) 647-0717
Attorneys for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERMANI, | CASE NO. 8:13-cv-01375-CJC-DFM |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| LAW OFFICE OF JOE PEZZUTO, LLC; JOSEPH JAMES PEZZUTO II | |
| Defendants. | |

# [PROPOSED] ORDER

Defendants, Law Office of Joe Pezzuto and Joseph James Pezzuto II, having brought a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Court having reviewed the submission of the parties, and hearing oral argument, the Court rules as follows:

Defendants' Motion to Dismiss is GRANTED. The First Amended Complaint of Plaintiff, John Kermani, is hereby dismissed with prejudice.

IT IS SO ORDERED

1
2                                   JUDGE_____
3
                                    Date:_____
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28