Nicole M. Strickler (IL 6298459)
strickler@messerstilp.com
Messer & Stilp, Ltd.
166 W. Washington St., Suite 300
Chicago, IL 60602
Tel: (312) 334-3442
Fax: (312) 334-3434
PRO HAC VICE

Neil Sholander, State Bar No. 225894
nslander@gmail.com
917 W. 17th St.
Santa Ana, CA 92706
Tel: (714) 647-0707
Fax: (714) 647-0717
Attorneys for Defendants
LAW OFFICE OF JOE PEZZUTO, LLC
JOSEPH JAMES PEZZUTO II

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERMANI, | CASE NO. 8:13-cv-01375-CJC-DFM |
| Plaintiff, | |
| vs. | **EX PARTE APPLICATION TO CONTINUE HEARING DATE; [PROPOSED ORDER]** |
| LAW OFFICE OF JOE PEZZUTO, LLC; JOSEPH JAMES PEZZUTO II | |
| Defendants. | Current Date: December 9, 2013<br>Proposed Date: January 6, 2014 |

Defendants, Law Office of Joe Pezzuto, LLC and Joseph James Pezzuto, II, by and through its counsel of record, hereby applies to this Honorable Court for an order continuing the hearing date to January 6, 2014.

Defendants bring the instant ex parte application to modify the hearing date on Defendants' Motion to Dismiss due to an unforeseeable and unavoidable conflict that has arisen due to no fault by Defendants. The application is based on the attached points and authorities, the attached declaration of Neil Sholander, and the files and records in this case.

WHEREFORE, Defendants, Law Office of Joe Pezzuto, LLC and Joseph James Pezzuto, II, respectfully request that this Court continue the hearing date on Defendants' Motion to January 6, 2014 or such other date as convenient for the Court.

DATED: December 5, 2013                    Respectfully submitted,

                                By    /s/ Nicole M. Strickler
                                      Nicole M. Strickler
                                      Attorneys for Defendants
                                      LAW OFFICE OF JOE PEZZUTO,
                                      LLC and JOSEPH JAMES
                                      PEZZUTO II