Nicole M. Strickler (IL 6298459)
strickler@messerstilp.com
Messer & Stilp, Ltd.
166 W. Washington St., Suite 300
Chicago, IL 60602
Tel: (312) 334-3442
Fax: (312) 334-3434
PRO HAC VICE

Neil Sholander, State Bar No. 225894
nslander@gmail.com
917 W. 17th St.
Santa Ana, CA 92706
Tel: (714) 647-0707
Fax: (714) 647-0717
Attorneys for Defendants
LAW OFFICE OF JOE PEZZUTO, LLC
JOSEPH JAMES PEZZUTO II

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERMANI, <br><br> Plaintiff, <br><br> vs. <br><br> LAW OFFICE OF JOE PEZZUTO, LLC; JOSEPH JAMES PEZZUTO II <br><br> Defendants. | CASE NO. 8:13-cv-01375-CJC-DFM <br><br> **DECLARATION OF NEIL SHOLANDER IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE HEARING ON MOTION TO DISMISS** <br><br> [Filed concurrently with Ex Parte Application to Continue Hearing on Motion to Dismiss] |

I, Neil Sholander, do hereby declare:

1.  The following statements are within my personal knowledge and if sworn as a witness, I could and would testify competently thereto.

2. I am an attorney licensed to practice in the State of California and I am counsel of record for the Law Office of Joe Pezzuto, LLC and Joseph James Pezzuto II (collectively "Defendants"). I file this Declaration in support of the Ex Parte Application on behalf of Defendants, that the Court continue the hearing date on the Motion to Dismiss in this case.

3. Prior to the filing of this Ex Parte Application, counsel for Defendants engaged in numerous correspondences with Plaintiff regarding the focal legal issues and to identify points of agreement and disagreement.

4. On January 17, 2014, this Court will issue a Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b) establishing dates for the completion of discovery, the filing of motions, pretrial conference, and trial.

5. Defendants' Counsel is seeking continuance of the hearing date on the Motion to Dismiss as Local Counsel accepted new employment which has created a conflict inhibiting him from attending the December 9th scheduled hearing.

6. Defendants believe there is good cause, and the Court should continue the hearing for the Motion to Dismiss because Defendants' Local Counsel has accepted new employment which inhibits him from attending the December 9th scheduled hearing date.

I declare this under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

DATED: December 5, 2013

By  /s/ Neil Sholander
Neil Sholander
Attorneys for Defendants
LAW OFFICE OF JOE PEZZUTO, LLC and JOSEPH JAMES PEZZUTO II

2
DECLARATION IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE HEARING DATE FOR MOTION TO DISMISS
CASE NO. 8:13-cv-01375-CJC-DFM