Nicole M. Strickler (IL 6298459)
strickler@messerstilp.com
Messer & Stilp, Ltd.
166 W. Washington St., Suite 300
Chicago, IL 60602
Tel: (312) 334-3442
Fax: (312) 334-3434
PRO HAC VICE

Neil Sholander, State Bar No. 225894
nslander@gmail.com
917 W. 17th St.
Santa Ana, CA 92706
Tel: (714) 647-0707
Fax: (714) 647-0717
Attorneys for Defendants
LAW OFFICE OF JOE PEZZUTO, LLC
JOSEPH JAMES PEZZUTO II

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERMANI, ) | CASE NO. 8:13-cv-01375-CJC-DFM |
|       Plaintiff, ) | |
|     vs. ) | **[PROPOSED] ORDER REGARDING EX PARTE APPLICATION TO CONTINUE HEARING ON MOTION TO DISMISS** |
| LAW OFFICE OF JOE PEZZUTO, ) LLC; JOSEPH JAMES PEZZUTO II ) | |
|       Defendants. ) | |

      Upon consideration of Defendants Law Office of Joe Pezzuto, LLC and Joseph James Pezzuto, II (collectively "Defendants") to Continue Hearing on Motion to Dismiss, and good cause appearing therefore,

1

2          IT IS HEREBY ORDERED that the hearing on Defendants' Motion to

3   Dismiss be continued to January 6, 2014.

4

5

6   DATED: _____                    _____

7                                              Hon. Cormac J. Carney

8                                              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE EX PARTE APPLICATION TO CONTINUE HEARING ON MOTION TO DISMISS
CASE NO. 8:13-cv-01375-CJC-DFM